14 So.2d 246

**BARNES v. STATE.**

**4 Div. 295.**

Supreme Court of Alabama.

June 24, 1943.

Rehearing Denied June 30, 1943.

———◆———

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for petitioner.

Ralph A. Clark, of Andalusia, opposed.

LAWSON, Justice.

Cecil Barnes was convicted of robbery. On appeal to the Court of Appeals the judgment of the trial court was reversed. The cause is brought before us on petition by the State of Alabama for writ of certiorari to the Court of Appeals, to review and revise the opinion and judgment of that court. On this review for certiorari we look alone to the opinion of the Court of Appeals for the facts of the case. Davis v. State, 237 Ala. 143, 185 So. 774.

We are of the opinion that the writ should be denied, but, as we have often observed, denial of the writ does not necessarily indicate an approval of all that is said in the opinion of the Court of Appeals. In the instant case this has particular reference to the discussion of the doctrine of res gestae which we think inapplicable to the facts of this case as found in the opinion of the Court of Appeals.

Writ of certiorari is denied.

Judgment affirmed.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.

14 So.2d 598

**Ped BROWN et al. v. STATE.**

**4 Div. 302.**

Supreme Court of Alabama.

July 16, 1943.

Wm. N. McQueen, Acting Atty. Gen., and L. H. Brassell, Asst. Atty. Gen., for the petition.

Carnley & Carnley, of Elba, opposed.

GARDNER, Chief Justice.

Petition of the State, by its Attorney General for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ped Brown and Ruby Bryant v. State, 14 So.2d 596, wherein a judgment of conviction for living in adultery was reversed.

Writ denied.

THOMAS, BROWN, FOSTER, LIVINGSTON, and LAWSON, JJ., concur.